[No. 8,453.   Department Two.—May 13, 1884.]

E. & H. MOFFAT, RESPONDENTS, v. A. J. COOK, APPELLANT.

DISMISSAL OF APPEAL—EXTENSION OF TIME TO PREPARE EXCEPTIONS — NEW TRIAL —BILL OF EXCEPTIONS.—The trial court has power under section 1054 of the Code of Civil Procedure to extend the time to prepare and serve a bill of exceptions thirty days in addition to the ten days allowed by section 659 of the same Code.

MOTION to dismiss appeal. The facts are stated in the opinion of the court.

John C. Burch, for Appellant.

Mastick, Belcher & Mastick, for Respondents.

The COURT.— Motion to dismiss appeal of defendant from an order denying his motion for a new trial.

The court did not exceed the power given to it by section 1054 of the Code of Civil Procedure, in extending the time of defendant to prepare and serve the bill of exceptions filed in this case, thirty days in addition to the ten days for preparing and serving such bill allowed by section 659 of same Code. (See also § 650, Code Civ. Proc.) Motion denied.